IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERICA D. HAYWOOD,

    Plaintiff,

    v.

CIVIL ACTION FILE
NO. 1:18-CV-2084-TWT

UNNAMED DEFENDANT(S),

    Defendant.

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending transferring the case to the Southern District of California. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED to the United States District Court for the Southern District of California.

SO ORDERED, this 12 day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Haywood\r&r.wpd